**AFFIRM; Opinion Filed October 3, 2019**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01522-CR

**JOHN JAMES OBIOLS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81527-2017**

# MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Carlyle

John James Obiols appeals from his convictions after pleading guilty to multiple counts of sexual assault of a child and indecency with a child involving sexual contact. The trial court sentenced Obiols to fifteen years of imprisonment. Obiols's attorney has filed a brief meeting the requirements of *Anders v. California*, 386 U.S. 738 (1967), in which he concludes that Obiols's appeal is wholly frivolous and without merit. The brief presents a professional evaluation of the record and shows why, in effect, there are no arguable grounds for an appeal. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to Obiols, and we advised Obiols of his right to file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App.

2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel). Obiols did not file a response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit, finding nothing in the record that might arguably support the appeal. We therefore affirm the trial court's judgment.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
181522F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JOHN JAMES OBIOLS, Appellant

No. 05-18-01522-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-81527-2017.
Opinion delivered by Justice Carlyle.
Justices Pedersen, III and Reichek participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 3rd day of October, 2019.